EASTERN DIST.
*May*, 1839.

BERTHOUD
*vs.*
MISSISSIPPI MA-
RINE AND FIRE
INSURANCE CO.

===

## BERTHOUD *vs.* MISSISSIPPI MARINE AND FIRE INSURANCE CO.

APPEAL FROM THE COURT OF THE FIRST JUDICIAL DISTRICT, JUDGE BUCHANAN PRESIDING.

The plaintiff established his claim for a less sum than demanded, and had judgment, and the only defence was want of an insurable interest, which was conclusively proved. Judgment confirmed.

It was proved that Berthoud, the plaintiff, wrote a letter from New-York, to the master of the ship Moro Castle, to

EASTERN DIST. *May*, 1839.

CUTLER
*vs.*
COCHRAN.

have her insured. On being shown this letter, Mr. L. H. Gale, to whom the ship was consigned, had her insured for the plaintiff. The defendants appealed.

*Strawbridge*, for plaintiff.

*Lockett, contra.*

*Eustis, J.,* delivered the opinion of the court.

This is an action on a policy of insurance on the ship Moro Castle, for the sum of six thousand dollars, being for one-half her value, fixed by the defendants at the sum of twelve thousand dollars. Before the expiration of the policy, the ship was destroyed by fire at the Levee in New-Orleans.

The only defence set up, is the want of interest on the part of the insured, and as the interest of the plaintiff is conclusively established, and the loss is proved, the judgment of the court below is affirmed with costs.